■ In the Matter of the Claim of ROSE NATHANSON, Appellant. LOUIS L. LEVINE, as Industrial Commissioner, Respondent.—Appeal from a decision of the Unemployment Insurance Appeal Board, filed September 2, 1975, which affirmed the decision of a referee sustaining an initial determination of the Industrial Commissioner disqualifying claimant from receiving benefits effective March 15, 1975 because she lost her employment through misconduct in connection therewith. This determination of the board is factual in nature and must be upheld, if supported by substantial evidence *(Matter of Markovic [Levine],* 50 AD2d 1031). Here, there is such substantial support as the record conclusively establishes that claimant failed to comply with a reasonable working condition established by her employer, i.e., a 40-hour week. Moreover, at her hearing claimant testified only that "eventually" she would work a full 40 hours. Decision affirmed, without costs. Greenblott, J. P., Kane, Main, Herlihy and Reynolds, JJ., concur.

■ In the Matter of the Claim of NICHOLAS DE SCETTO, Appellant. LOUIS L. LEVINE, as Industrial Commissioner, Respondent.—Appeal from a decision of the Unemployment Insurance Appeal Board, filed September 17, 1975, which affirmed the decision of a referee sustaining an initial determination of the Industrial Commissioner disqualifying claimant from receiving benefits. Claimant, a clothing salesman in a retail store, had been warned on April 14 that he would be discharged if his attendance did not improve by June 1. From April 14 to June 2 claimant reported late for work 22 times. He was thereupon discharged. Claimant conceded that his starting time was 9:30 A.M. and admitted that he consistently failed to report to work until 9:45 A.M., allegedly because he had no work to do until then. Claimant's conduct following the warning in regard to lateness constituted misconduct in connection with his employment *(Matter of Greene [Levine],* 48 AD2d 747). There is substantial evidence in this record to support the board's determination (Labor Law, § 623; *Matter of Roth [Catherwood],* 34 AD2d 1081). Decision affirmed, without costs. Koreman, P. J., Sweeney, Mahoney, Larkin and Reynolds, JJ., concur.